UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  						CASE NO. 08-11813
						CHAPTER 13
ANTHONY J KUJAWA
JULIE A KUJAWA					JUDGE JACQUELINE P COX

    DEBTORS					**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JPMORGAN CHASE BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 11 | 7 | 5421 ARS | $1,147.36 | $1,147.36 | $1,147.36 |
| Total Amount Paid by Trustee | | | | | $1,147.36 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 08-11813

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 18th day of July, 2013.

Debtor:
ANTHONY J KUJAWA
JULIE A KUJAWA
17711 HENRY
LANSING, IL  60438

Attorney:
MACEY BANKRUPTCY LAW PC
233 S WACKER DR # 5150
CHICAGO, IL  60606
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK
PO BOX 182349 MC OH4 7133
COLUMBUS, OH  43218

Mortgage Creditor:
WASHINGTON MUTUAL
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE ROAD STE 100
BURR RIDGE, IL  60527

ELECTRONIC SERVICE - United States Trustee

Date:  July 18, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603